UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TAI'JAE HAYNES, on behalf of herself and all others similarly situated, | CASE NO. 1:20-cv-3 |
| | JUDGE SARA LIOI |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BEACHWOOD CINEMA, LLC D/B/A SILVERSPOT CINEMA | |
| Defendant. | |

The Parties respectfully move this Honorable Court to review the Parties' Joint Stipulation of Settlement and Release (the "Settlement") and for an Order, (1) approving the Settlement as fair and reasonable; and (2) dismissing this case, with prejudice, each party to bear its own costs and attorneys' fees unless otherwise provided in the settlement agreement. In support of this motion, the Parties state:

1. Representative Plaintiff Tai-Jae Haynes commenced this Action on behalf of herself and all others similarly situated to her with respect to the claims she asserted.

2. On January 2, 2020, Plaintiff Tai'Jae Haynes initiated a "collective action" against Beachwood Cinema, LLC d/b/a SilverSpot Cinema, as result of Defendant's practices and policies of not paying its tipped, non-exempt employees, including Plaintiff and other similarly situated employees, the applicable minimum wage for all of the hours they worked and overtime compensation at the rate of one and one-half times their regular rate of pay in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, as well as a "class action" pursuant to Fed. R. Civ. P. 23 to remedy violations of the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), R.C. 4111.03.

3. Specifically, Plaintiff alleged that she and other similarly situated employees were required to share tips with employees who do not customarily and regularly receive tips, which resulted in Plaintiff and other similarly situated employees being paid less than the applicable minimum wage for all hours worked, and that she was not paid overtime compensation at the rate of one and one-half times the applicable minimum wage for hours worked in excess of 40 each workweek.

4. Defendant contended, and continues to contend that Plaintiff was not entitled to the claimed compensation for a variety of reasons, including that she did not work any overtime hours and did not contribute tips to any tip pool and was thus paid the minimum wage for all hours worked.

5. In an effort to reach a compromise and to avoid the expense and burden of litigation, the Parties have reached a binding agreement to settle of all claims asserted in the pending action, as well as any and all other claims, demands and causes of action that relate to or reasonably could have arisen out of the same facts alleged in the action, including attorneys' fees and costs, up to the date hereof. The terms of that settlement are embodied in a written agreement, the terms are embodied in the Joint Stipulation of Settlement and Release, attached as Exhibit 1.

6. Plaintiffs' counsel Lori M. Griffin believes that the proposed Settlement is in the best interest of Plaintiff and is fair and reasonable. (See Exhibit 2.)

7. The proposed Settlement is contingent upon the Court's review and approval of it and issuance of an Order approving the Settlement as fair and reasonable.

8. The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and based upon the attached Settlement, hereby stipulate to the dismissal of this case with prejudice. Except as otherwise provided in the Settlement, the Parties agree to bear their own attorneys' fees and costs. The

Parties request that the Court retain jurisdiction to enforce the terms of the Settlement.

WHEREFORE, the Parties request that the Court review the Settlement and issue an Order (*see* Exhibit 3) approving it as fair and reasonable, and that this case be stipulated as dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Lori M. Griffin | /s/ Fred G. Pressley, Jr. |
| Lori M. Griffin (0085241) | Fred G. Pressley, Jr. (0023090) |
| Anthony J. Lazzaro (0077962) | Jourdan D. Day (0092186) |
| Chastity L. Christy (0076977) | Porter Wright Morris & Arthur LLP |
| The Lazzaro Law Firm, LLC | 41 South High Street, Suites 2800-3200 |
| The Heritage Building, Suite 250 | Columbus, OH 43215 |
| 34555 Chagrin Blvd. | Phone: 614-227-2233 |
| Moreland Hills, Ohio 44022 | Facsimile: 614-227-2100 |
| Phone: 216-696-5000 | fpressley@porterwright.com |
| Facsimile: 216-696-7005 | jday@porterwright.com |
| lori@lazzarolawfirm.com | |
| anthony@lazzarolawfirm.com | Tracy L. Turnbull (0066958) |
| chastity@lazzarolawfirm.com | Porter Wright Morris & Arthur LLP |
| | 950 Main Avenue, Suite 500 |
| Attorneys for Plaintiff | Cleveland, OH 44113 |
| | Phone: 216-443-9000 |
| | Facsimile: 216-443-9011 |
| | tturnbull@porterwright.com |
| | |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Lori M. Griffin
   One of the Attorneys for Plaintiff