# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TAI'JAE HAYNES, on behalf of herself and all others similarly situated, | ) ) ) ) | CASE NO. 1:20-cv-0003 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | JUDGMENT ENTRY |
| BEACHWOOD CINEMA, LLC d/b/a SILVERSPOT CINEMA, | ) ) ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the claims in plaintiff's complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: June 10, 2020

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**